# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

**No. 201700235**

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## WESLEY A. LOFTUS
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel K. A. Parrella, USMC.
Convening Authority: Commanding General, 2d Marine Division,
Camp Lejuene, NC.
Staff Judge Advocate's Recommendation: Lieutenant Colonel
Winston G. McMillan, USMC.
For Appellant: Commander C. Eric Roper, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 16 November 2017

———————————

Before HUTCHISON, FULTON, and BELSKY, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court